1  Orin Snyder (*pro hac vice* forthcoming)
    osnyder@gibsondunn.com
2  GIBSON, DUNN & CRUTCHER LLP
    200 Park Avenue
3  New York, NY 10166-0193
    Telephone:  212.351.4000
4  Facsimile:  212.351.4035

   Joshua S. Lipshutz (SBN 242557)
    jlipshutz@gibsondunn.com
   GIBSON, DUNN & CRUTCHER LLP
   1050 Connecticut Avenue, N.W.
   Washington, DC 20036-5306
   Telephone:  202.955.8500
   Facsimile:  202.467.0539

5  Brian M. Lutz (SBN 255976)
    blutz@gibsondunn.com
6  Kristin A. Linsley (SBN 154148)
    klinsley@gibsondunn.com
7  GIBSON, DUNN & CRUTCHER LLP
   555 Mission Street, Suite 3000
8  San Francisco, CA 94105-0921
   Telephone:  415.393.8200
9  Facsimile:  415.393.8306

10  *Attorneys for Defendant Facebook, Inc.*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| TAYLOR PICHA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC.; and CAMBRIDGE ANALYTICA, LLC,<br><br>Defendants. | CASE NO. 3:18-CV-02090-SK<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT FACEBOOK, INC.**<br><br>Action Filed:  April 5, 2018<br>Trial Date: |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that the following attorney shall now appear on behalf of Defendant Facebook, Inc. in this action, and is authorized to receive service of all pleadings, notices, orders, and other papers regarding this action on behalf of Defendant Facebook, Inc.:

>JOSHUA S. LIPSHUTZ (SBN 242557)
>jlipshutz@gibsondunn.com
>GIBSON, DUNN & CRUTCHER LLP
>1050 Connecticut Avenue, N.W.
>Washington, DC 20036-5306
>Telephone:  202.955.8500
>Facsimile:  202.467.0539

Joshua S. Lipshutz is admitted to practice and in good standing in the State of California, and was admitted to the United States District Court for the Northern District of California on October 26, 2010.

Dated this 17th day of April, 2018.

>**GIBSON, DUNN & CRUTCHER, LLP**
>
>By:  /s/  Joshua S. Lipshutz
>Joshua S. Lipshutz (SBN 242557)
>jlipshutz@gibsondunn.com
>GIBSON, DUNN & CRUTCHER LLP
>1050 Connecticut Avenue, N.W.
>Washington, DC 20036-5306
>Telephone:  202.955.8500
>Facsimile:  202.467.0539
>
>*Attorneys for Defendant Facebook, Inc.*