1  Orin Snyder (*pro hac vice pending*)        Joshua S. Lipshutz (SBN 242557)
     osnyder@gibsondunn.com                      jlipshutz@gibsondunn.com
2  GIBSON, DUNN & CRUTCHER LLP                GIBSON, DUNN & CRUTCHER LLP
   200 Park Avenue                             1050 Connecticut Avenue, N.W.
3  New York, NY 10166-0193                     Washington, DC 20036-5306
   Telephone: 212.351.4000                     Telephone: 202.955.8500
4  Facsimile: 212.351.4035                     Facsimile: 202.467.0539

5  Brian M. Lutz (SBN 255976)
     blutz@gibsondunn.com
6  Kristin A. Linsley (SBN 154148)
     klinsley@gibsondunn.com
7  GIBSON, DUNN & CRUTCHER LLP
   555 Mission Street, Suite 3000
8  San Francisco, CA 94105-0921
   Telephone: 415.393.8200
9  Facsimile: 415.393.8306

10 *Attorneys for Defendant Facebook, Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| TAYLOR PICHA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC.; and CAMBRIDGE ANALYTICA, LLC,<br><br>Defendants. | CASE NO. 3:18-CV-02090-SK<br><br>**[PROPOSED] ORDER GRANTING FACEBOOK, INC.'S MOTION TO STAY PROCEEDINGS** |

**[PROPOSED] ORDER**

The Court has considered the parties' briefing on Defendant Facebook, Inc.'s Motion to Stay Proceedings, and the evidence and argument offered in support of or in opposition to this Motion.

Good cause having been shown, Facebook, Inc.'s Motion to Stay is GRANTED.  The Court hereby stays all further proceedings in this action until a decision from the Judicial Panel on Multidistrict Litigation on the Motion to Consolidate and Transfer filed in MDL No. 2843, without prejudice to Plaintiffs' ability to seek interim relief from the Court if necessary, and without prejudice to Facebook or any other defendant opposing such relief.  Following a decision by the Panel, the parties shall meet and confer regarding deadlines to respond to Plaintiff's complaint.

**IT IS SO ORDERED.**

DATE:_____        _____
United States District Judge