Will Lemkul, Esq. (CA State Bar No. 219061)
Shawn D. Morris, Esq. (CA State Bar No. 134855)
**MORRIS SULLIVAN & LEMKUL LLP**
9915 Mira Mesa Boulevard, Suite 300
San Diego, CA 92131
Telephone: (858) 566-7600
Facsimile: (858) 566-6602
Email: lemkul@morrissullivanlaw.com

Jodi Westbrook Flowers, *pro hac vice forthcoming*
Ann Ritter, *pro hac vice forthcoming*
Fred Baker, *pro hac vice forthcoming*
Kimberly Barone Baden (207731)
Andrew Arnold, *pro hac vice forthcoming*
Annie Kouba, *pro hac vice forthcoming*
**MOTLEY RICE LLC**
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450
Email: kbarone@motleyrice.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| TAYLOR PICHA, individually and on behalf of all others similarly situated; | CASE NO. 3:18-CV-02090-WHO |
| Plaintiffs, | **NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFF** |
| v. | |
| FACEBOOK, INC., and CAMBRIDGE ANALYTICA, | Action Filed: April 5, 2018<br>Trial Date: |
| Defendants. | |

NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFF
CASE NO. 3:18-CV-02090-WHO

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that the following attorney shall now appear on behalf of Plaintiff Taylor Picha in this action, and is authorized to receive service of all pleadings, notices, orders, and other papers regarding this action on behalf of Plaintiff:

>KIMBERLY BARONE BADEN (SBN 207731)
>kbarone@motleyrice.com
>MOTLEY RICE LLC
>28 Bridgeside Boulevard
>Mount Pleasant, SC 29464
>Telephone: (843) 216-9000
>Facsimile: (843) 216-9450

Kimberly Barone Baden is admitted to practice and in good standing in the State of California, and was admitted to the United States District Court for the Northern District of California on April 22, 2008.

Dated this 24th day of April, 2018.

>Respectfully Submitted,
>
>By: */s/ Kimberly Barone Baden*___
>Kimberly Barone Baden (207731)
>MOTLEY RICE LLC
>28 Bridgeside Boulevard
>Mount Pleasant, SC 29464
>Telephone: (843) 216-9000
>Facsimile: (843) 216-9450
>Email: kbarone@motleyrice.com
>
>*Attorney for Plaintiff and the proposed class*

NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFF
CASE NO. 3:18-CV-02090-WHO