AO 440 (Rev. 01/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:18-CV-02090-SK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* CAMBRIDGE ANALYTICA LLC

was received by me on *(date)* 4/10/18

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____, or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* AMY MCLAREN (MANAGING AGENT), who is designated by law to accept service of process on behalf of *(name of organization)* CAMBRIDGE ANALYTICA LLC C/O THE CORPORATION TRUST COMPANY, 1209 ORANGE STREET, WILMINGTON, DE 19801 on *(date)* 4/10/18   10:40 AM

☐ I returned the summons unexecuted because _____, or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 4/10/18

*Server's signature*

KEVIN S. DUNN          PROCESS SERVER
*Printed name and title*

BRANDYWINE PROCESS SERVERS, LTD
PO BOX 1360
WILMINGTON, DE 19899
302-475-2600

*Server's address*

Additional information regarding attempted service, etc:

SERVED SUMMONS; COMPLAINT; CIVIL COVER SHEET; JUDGE'S STANDING ORDERS & GENERAL STANDING ORDERS

SWORN TO ME ON 4/10/18

[Notary stamp: DENORA ANGELO BRITT, NOTARY PUBLIC, STATE OF DELAWARE, My Commission Expires May 16, 2018]