AO 440(Rev. 6/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:18-CV-02090-SK

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for: FACEBOOK, INC.
was received by me on April 09, 2018

☐ I personally served the Summons & Complaint; Civil Case Cover Sheet; Standing Order for Magistrate Judge Salle Kim; Standing Order for All Judges on the Northern District of California (Contents of Joint Case Management Statement) on the individual at 2710 GATEWAY OAKS DR., STE. 150N, SACRAMENTO, CA 95833 on April 12, 2018 12:45 PM

☐ I left the above listed documents at the individual's residence or usual place of abode with , a person of suitable age and discretion who resides there, on *(date)* , and mailed a copy to the individual's last known address; or

☑ I served the above listed documents to BECKY DEGEORGE, who is designated by law to accept service of process on behalf of FACEBOOK, INC. on 4/12/2018 12:45 PM

☐ I returned the above listed documents unexecuted because;

☐ other *(specify)*:

*My fees are $ .00 for travel and $ 98.00 for services, for a total of $ 98.00*

*I declare under penalty of perjury that this information is true.*

Date: April 12, 2018

_____
*Server's signature*

_____
**JADE V. MEYERS**
*Printed name and title*

Contracted by AMS Legal Support Services, Inc.
31 H Street
Bakersfield, CA 93304
(661) 324-8018
*Server's Address*

A0440-P188389