# The Supreme Court of South Carolina

## Certificate of Good Standing

I, Daniel E. Shearouse, Clerk of the Supreme Court of South Carolina, do hereby certify that Jodi Westbrook Flowers was duly sworn and admitted as an attorney in this state on November 15, 1993, and is currently a regular member of the South Carolina Bar in good standing.

DANIEL E. SHEAROUSE, CLERK

BY *Margaret C. McGee*
DEPUTY CLERK FOR BAR ADMISSIONS

Columbia, South Carolina

April 25, 2018