# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

Taylor Picha and Ashley Cashon, individually and on behalf of all others similarly situated,

    Plaintiff(s),

v.

Facebook, Inc., and Cambridge Analytica,

    Defendant(s).

Case No: 3:18-02090-WHO

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

    I, Jodi Westbrook Flowers, an active member in good standing of the bar of South Carolina, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiffs Taylor Picha and Ashley Cashon in the above-entitled action. My local co-counsel in this case is Will Lemkul, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My address of record: | Local co-counsel's address of record: |
|---|---|
| Motley Rice LLC<br>28 Bridgeside Boulevard<br>Mount Pleasant, SC 29464 | Morris Sullivan & Lemkul LLP<br>9915 Mira Mesa Boulevard, Suite 300<br>San Diego, CA 92131 |
| My telephone # of record: | Local co-counsel's telephone # of record: |
| (843) 216-9000 | (858) 566-7600 |
| My email address of record: | Local co-counsel's email address of record: |
| jflowers@motleyrice.com | lemkul@morrissullivanlaw.com |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 66300.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

    *I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 04/30/18

*Jodi Westbrook Flowers*
APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

    IT IS HEREBY ORDERED THAT the application of Jodi Westbrook Flowers is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with co-counsel designated in the application will constitute notice to the party.

Dated: April 30, 2018

UNITED STATES DISTRICT/MAGISTRATE JUDGE

[GRANTED — Judge William H. Orrick]

PRO HAC VICE APPLICATION & ORDER      *October 2012*