1  Orin Snyder (admitted *pro hac vice*)
     osnyder@gibsondunn.com
2  GIBSON, DUNN & CRUTCHER LLP
   200 Park Avenue
3  New York, NY 10166-0193
   Tel:  212.351.4000
4  Fax:  212.351.4035

5  Joshua S. Lipshutz (SBN: 242557)
     jlipshutz@gibsondunn.com
6  GIBSON, DUNN & CRUTCHER LLP
   1050 Connecticut Avenue, N.W.
7  Washington, D.C. 20036
   Tel:  202.955.8217
8  Fax:  202.530.9614

9  Kristin A. Linsley (SBN: 154148)
10   klinsley@gibsondunn.com
   Brian M. Lutz (SBN: 255976)
11   blutz@gibsondunn.com
   GIBSON, DUNN & CRUTCHER LLP
12 555 Mission Street
   Suite 300
13 San Francisco, CA 94105
   Tel:  415.393.8379
14 Fax:  415.374.8474

15 Attorneys for Defendant
   FACEBOOK, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYLOR PICHA and ASHLEY CASHON,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC.; and CAMBRIDGE ANALYTICA,<br><br>Defendants. | CASE NO. 3:18-CV-02090-VC<br>**SAN FRANCISCO DIVISION**<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (L.R. 6-1(A))**<br><br>U.S. District Judge Vince Chhabria |

Pursuant to Civil Local Rule 6-1(a), Defendant Facebook, Inc. and Plaintiffs Taylor Picha and Ashley Cashon hereby stipulate to extend Facebook's time to respond to Plaintiffs' complaint until a decision is issued from the Judicial Panel on Multidistrict Litigation on the Motion to Consolidate and Transfer filed in MDL No. 2843, at which point the parties can meet and confer regarding deadlines to respond to plaintiffs' complaint.

**Local Rule 5-1(i)(3) Attestation**

I, Joshua S. Lipshutz, attest that concurrence in the filing of this document has been obtained from each of the other signatories.

DATED:  May 2, 2018                    GIBSON, DUNN & CRUTCHER LLP

By:      /s/ *Joshua S. Lipshutz*
             Joshua S. Lipshutz

*Attorneys for Defendant Facebook, Inc.*

DATED:  May 2, 2018                    MORRIS SULLIVAN & LEMKUL LLP

MOTLEY RICE LLC

By:      /s/ *Jodi Westbrook Flowers*
             Jodi Westbrook Flowers

*Attorneys for Plaintiff Taylor Picha and Ashley Cashon*