Orin Snyder (admitted *pro hac vice*)
  osnyder@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel:  212.351.4000
Fax:  212.351.4035

Joshua S. Lipshutz (SBN: 242557)
  jlipshutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel:  202.955.8217
Fax:  202.530.9614

Kristin A. Linsley (SBN: 154148)
  klinsley@gibsondunn.com
Brian M. Lutz (SBN: 255976)
  blutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
Suite 300
San Francisco, CA 94105
Tel:  415.393.8379
Fax:  415.374.8474

Attorneys for Defendant
FACEBOOK, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYLOR PICHA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC. and CAMBRIDGE ANALYTICA, LLC,<br><br>Defendants. | CASE NO. 3:18-CV-02090-VC<br>**SAN FRANCISCO DIVISION**<br><br>**SUGGESTION BY DEFENDANT FACEBOOK, INC. OF BANKRUPTCY OF DEFENDANT CAMBRIDGE ANALYTICA LLC**<br><br>U.S. District Judge Vince Chhabria |

Defendant Facebook, Inc. respectfully notifies the Court that it has learned that, on May 17, 2018, Defendant Cambridge Analytica LLC filed a voluntary petition for bankruptcy pursuant to Chapter 7 of Title 11 of the United States Code.  *See In re Cambridge Analytica LLC*, No. 18-11500-SHL (S.D.N.Y. Bkr. May 17, 2018).  Facebook understands that the case has been assigned to the Honorable Sean H. Lane, and that a trustee has not yet been assigned.

DATE: May 18, 2018

Respectfully submitted,

**GIBSON, DUNN & CRUTCHER, LLP**

By: */s/ Joshua S. Lipshutz*
Joshua S. Lipshutz (SBN 242557)
jlipshutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

Orin Snyder (*pro hac vice*)
osnyder@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

Kristin A. Linsley (SBN 154148)
klinsley@gibsondunn.com
Brian M. Lutz (SBN 255976)
blutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

*Attorneys for Defendant Facebook, Inc.*